UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DENON TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00416-JPH-MJD |
| | ) | |
| RICHARD BROWN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On November 14, 2019, plaintiff Denon Taylor filed a motion for temporary restraining order requesting that officials at his facility be enjoined from "instructing, ordering, allowing disciplinary action(s) for prisoners reviewing, assisting, possessing, holding, or reading legal material of another prisoner." Dkt. 16.

The Court entered an Order screening the amended complaint on April 20, 2020. Dkt. 41. The plaintiff's First Amendment claim against defendants Richard Brown and Amber Wallace, alleging an unlawful policy of seizing and destroying legal mail that had been returned to the facility as undeliverable and an unlawful policy of, was allowed to proceed. *Id.* The plaintiff's other First Amendment claim against Warden Brown, alleging an unlawful rule against inmates possessing other inmates' legal documents, was also allowed to proceed. *Id.* All other claims were dismissed. *Id.*

The plaintiff's request for a temporary restraining order is unrelated to either of his First Amendment claims. *See Little v. Jones*, 607 F.3d 1245, 1251 (10th Cir 2010) (A court properly denies a motion for injunctive relief if there is no relationship between the injury claimed in the

motion and the conduct alleged in the complaint). Accordingly, the plaintiff's motion for a temporary restraining order, dkt. [16], is **denied**.

**SO ORDERED**.

Date: 8/14/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DENON TAYLOR
945835
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Benjamin C. Ellis
INDIANA ATTORNEY GENERAL
Benjamin.Ellis@atg.in.gov

Margo Tucker
INDIANA ATTORNEY GENERAL
margo.tucker@atg.in.gov